October 19, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

WILLIAM H. POFF AND JULIA A. POFF, Appellants

NO. 14-16-00603-CV                    V.

CYPRESS FOUR PROPERTY VENTURES LLC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Cypress Four Property Ventures LLC, signed May 23, 2016, was heard on the transcript of the record. We **VACATE** the trial court's judgment and **DISMISS** the case.

We further order this decision certified below for observance.